AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

ALEXIS MORALES

## CRIMINAL COMPLAINT

CASE NUMBER: 04-m-1816CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 7, 2004__ in __Worcester__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally possess more than five grams of cocaine base, a Schedule II controlled substance, with intent to distribute

in violation of Title __21__ United States Code, Section(s) __841 (a) and 841 (b)(1)(B)(iii)__.

I further state that I am a(n) __Special Agent with DEA__ and that this complaint is based on the following
Official Title
facts:

See attached affidavit of DEA Special Agent Michael Boyle

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____Michael P Boyle_____
MICHAEL BOYLE
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-20-2004                                              at      Worcester, Massachusetts
Date                                                            City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE                          _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.