AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____ DISTRICT OF Massachusetts _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| **V.** | |
| ALEXIS MORALES | CASE NUMBER: 04·M-1816 CBS |

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ALEXIS MORALES _____
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing more than five grams of cocaine base, a Schedule II controlled substance, with intent to distribute

in violation of
Title _____ 21 _____ United States Code, Section(s) _841 (a) and 841 (b)(1)(B)(iii)_

| | |
|---|---|
| CHARLES B. SWARTWOOD III | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 7-20-04 Worcester, Massachusetts |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  ALEXIS MORALES

ALIAS:

LAST KNOWN RESIDENCE:  28 Lakeside Ave., Apt 5 Worcester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1981

SOCIAL SECURITY NUMBER (last 4 digits only):  000 - 00 - 8710

HEIGHT: 68"                          WEIGHT: 140

SEX:    Male                         RACE:   Hispanic

HAIR:   Brown                        EYES:   Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:  Tattoos on right arm

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  WORCESTER POLICE DEPARTMENT,  WORCESTER, MA  01608