UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                              04-M-1816-CBS

ALEXIS MORALES,
        Defendant,

ORDER OF APPOINTMENT OF COUNSEL

July 20, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Leo Sorokin of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                      CHARLES B. SWARTWOOD, III
                                      MAGISTRATE JUDGE

                                      By the Court:


                                      /s/ Sherry Jones
                                      Sherry Jones
                                      Deputy Clerk