UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent of Worcester House of Correction, 5 Paul X. Tivnan Drive, West Boylston, MA

YOU ARE COMMANDED to have the body of __Alexis Morales__ now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No. __1__, on the __5TH__ floor, Worcester, Massachusetts on __July 28, 2004__, at __2:45__ P. M. for the purpose of __Probable Cause & Detention Hearing__

in the case of    UNITED STATES OF AMERICA V. __Alexis Morales__

CR Number __04-1816-CBS__

And you are to retain the body of said __Alexis Morales__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Ross H. Sullivan__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __26th__ day of __July__, __2004__.


 Charles B. Swartwood, III
UNITED STATES MAGISTRATE JUDGE

TONY ANASTAS, CLERK

By: /s/ Lisa B. Roland
SEAL        Lisa B. Roland (508)929-9905
         Deputy Clerk

(Habcorp.wrt - 10/96)                                        [kwhcap.] or
                                                             [kwhcat.]