UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent of Worcester House of Correction, 5 Paul X. Tivnan Drive, West Boylston, MA

YOU ARE COMMANDED to have the body of ___Alexis Morales___ now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No. __1__, on the _5TH_ floor, Worcester, Massachusetts on ___July 30, 2004___, at __2:15__ P. M. for the purpose of _____Probable Cause Hearing_____

in the case of       UNITED STATES OF AMERICA V.   _Alexis Morales_

CR Number            04-1816-CBS

And you are to retain the body of said ___Alexis Morales___ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ___Alexis Morales___ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this _27th_ day of ___July___, 2004.


_Charles B. Swartwood, III_
UNITED STATES MAGISTRATE JUDGE

TONY ANASTAS, CLERK

By: /s/ Lisa B. Roland
SEAL        Lisa B. Roland (508)929-9905
            Deputy Clerk

(Habcorp.wrt - 10/96)                                         [kwhcap.] or
                                                              [kwhcat.]