UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>)<br>) |  |
| v. | )<br>) | 4:04-mj-01816-CBS |
| ALEXIS MORALES<br>Defendants | )<br>)<br>)<br>) |  |

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Please enter my appearance as counsel for the defendant in the above entitled matter, Alexis Morales.

Respectfully Submitted,

____/s/ Eduardo Masferrer___
Eduardo Masferrer
BB0# 644623
Masferrer & Hurowitz, P.C.
6 Beacon Street Suite 720
Boston, MA 02108
(617) 531-0135